In the Matter of KANSAS CITY JOURNAL–POST COMPANY, a Corporation, Bankrupt.

William B. BOSTIAN, Trustee, Appellant, v. Morris SCHAPIRO, Appellee.

No. 12794.

Circuit Court of Appeals, Eighth Circuit.

Aug. 11, 1944.

Rehearing Denied Sept. 5, 1944.

Samuel W. Sawyer, A. J. Granoff, and Claude A. Ferguson, all of Kansas City, Mo., for appellant.

R. B. Caldwell and John W. Oliver, both of Kansas City, Mo., for appellee.

Before GARDNER, JOHNSEN, and RIDDICK, Circuit Judges.

JOHNSEN, Circuit Judge.

The referee authorized the trustee to sell, free and clear of liens, all of the property involved in the reclamation proceeding, No. 12,791, In re Kansas City Journal-Post Co. (Bostian v. Schapiro), 8 Cir., 144 F.2d 791, decided concurrently herewith. The District Court reversed, 51 F.Supp. 1009, 1019, 1020.

The matter is controlled by the effect of our decision in No. 12,791. The order of the District Court is affirmed.